UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22189-BLOOM

DEAN ST BROOKLYN LLC (DE),

    Appellant,

v.

U.S. BANK NATIONAL ASSOCATION,

    Appellees.

_____/

## ORDER ON BANKRUPTCY APPEAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Rule 8018(a)(1) of the Federal Rules of Bankruptcy Procedure provides that "[t]he appellant shall serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed R. Bankr. P. 8018(a)(1). The record reflects that the Rule 8018(a)(1) docketing of notice was entered on June 13, 2023. *See* ECF No. [1].

In its June 14, 2023 Order requiring Appellant to file its brief, the Court cautioned Appellant that the failure to file a brief or show cause in writing will result in Appellant's appeal being dismissed without further notice. ECF No. [5] at 1 (citing Fed. R. Bankr. P. 8018(a)(4) ("If an appellant fails to file a brief on time within an extended time authorized by the district court or BAP, an appellee may move to dismiss the appeal—or the district court or BAP, after notice, may dismiss the appeal on its own motion.")). To date, Appellant has not filed a brief, requested an extension of time to file his initial brief, or filed any filings other than the notice of appeal on the docket. This appeal is thus due to be dismissed. *See Lawrence v. Educ. Credit Mgmt. Corp.*, 522 F. App'x 836, 839-40 (11th Cir. 2013) (affirming district court's dismissal of appellant's bankruptcy appeal for failure to prosecute).

Case No. 23-cv-22189-BLOOM

It is therefore **ORDERED AND ADJUDGED** that Appellant's appeal is dismissed. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 14, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record